UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-06126-CAS-DSRx | Date | July 29, 2026 |
| Title | Omni Broadway Hill Development, LP v. Eliana Lucero | | |

| | |
|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER |

| | | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** – ORDER TO REMAND

On April 29, 2026, plaintiff Omni Broadway Hill Development LP ("plaintiff") filed this unlawful detainer action against defendant Eliana Lucero ("defendant") in Los Angeles County Superior Court. Dkt. 1 at 5. Lucero, pro se, removed the case to this Court on June 5, 2026. Id. at 1. Lucero concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Lucero asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing the "Protecting Tenants Moratorium Act").

On July 13, 2026, plaintiff filed a motion to remand the case to Los Angeles County Superior Court. Dkt. 10. On July 14, 2026, the Court ordered defendant Lucero to show cause, in writing, no later than July 28, 2026, why this case should not be remanded to Los Angeles County Superior Court for lack of subject matter jurisdiction. Dkt. 13.

Defendant Lucero failed to respond to the order to show cause. Defendant Lucero also failed to file an opposition to plaintiff's motion to remand. [1]

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant. See dkt. 1 at 5-10. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint

[1] Pursuant to the district's local rules, defendant Lucero's opposition was due on July 27, 2026, twenty-one days before the date designated for the hearing of the motion. C.D. Cal. L.R. 7-9; 7-11.

only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court. Plaintiff's motion to remand is vacated as moot.

IT IS SO ORDERED.

| | | |
|---|---|---|
| | 00 | : 00 |
| Initials of Preparer | CMJ | |